No. 386. CLARK, ATTORNEY GENERAL, AS SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, v. MANUFACTURERS TRUST CO.; and

No. 443. MANUFACTURERS TRUST CO. v. CLARK, ATTORNEY GENERAL, AS SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. The motions for leave to file petitions for rehearing are granted and the petitions for rehearing are granted. The orders entered January 17, 1949, denying certiorari, 335 U. S. 910, are vacated and the petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit are granted. *Solicitor General Perlman* for petitioner in No. 386 and respondent in No. 443. *Lester E. Denonn* and *Henry Landau* for respondents in No. 386 and petitioner in No. 443.

No. 683, Misc. EDGEMAN v. OHIO ET AL.; and

No. 689, Misc. BROWN v. MINNESOTA. The motions for leave to file petitions for writs of habeas corpus are denied.